# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0941
_____

JERRY LEE WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Union County.
Mitchell D. Bishop, Judge.

October 10, 2025

Per Curiam.

    Affirmed.

Lewis, Winokur, and Tanenbaum, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.